394 A.2d 617

Commonwealth ex rel. Young v. Young, Appellant.

Argued June 13, 1977.   Randolph W. Von Till, Jr., for appellant;   Donald W. Lehrkinder, for appellee.

Order affirmed.

JACOBS, P. J., did not participate in the consideration or decision of this case.

394 A.2d 617

Commonwealth ex rel. Zeswitz, Appellant, v. Zeswitz.

Argued June 15, 1978.   Eugene C. LaManna, with him Frederick J. Giorgi, for appellant;   Bernard R. Gerber, for appellee.

Order affirmed.